8 Cal.Rptr. 378]

[Crim. No. 3763.   First Dist., Div. Two.   Oct. 18, 1960.]

THE PEOPLE, Respondent, v. ALEX CHAVEZ, Appellant.

Robert L. Green, under appointment by the District Court of Appeal, for Appellant.

Stanley Mosk, Attorney General, Arlo E. Smith and John S. McInerny, Deputy Attorneys General, for Respondent.

DRAPER, J.—For the reasons stated in *People* v. *Chavez,* 184 Cal.App.2d 741 [7 Cal.Rptr. 729], the order denying appellant's motion for new trial herein is affirmed.

Kaufman, P. J., and Shoemaker, J., concurred.